# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

'11 JUN 10  PM 3:49



| UNITED STATES OF AMERICA, | CASE NO. 11CR1028-JLS |
|---|---|
| Plaintiff, | BY: |
| vs. | **JUDGMENT OF DISMISSAL** |
| EDGAR ALFREDO BARRERA-TORIZ, | |
| Defendant. | |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_    the Court has dismissed the case for unnecessary delay; or

\_    the Court has granted the motion of the Government for dismissal; or

\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_    a jury has been waived, and the Court has found the defendant not guilty; or

X    the jury has returned its verdict, finding the defendant not guilty;

X    of the offense(s) of the Indictment : Conspiracy to import a controlled substance and importation of methamphetamine.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 8, 2011

JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE